**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARCELO HERNANDEZ-ROJAS,  ) NO. CV 13-339-CAS (MAN)
          Petitioner,  )
   v.  ) JUDGMENT
RICHARD B. IVES, WARDEN,  )
          Respondent.  )
_____)

    Pursuant to the Court's Order Dismissing Petition For Writ of Habeas Corpus Without Prejudice,

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 22, 2013.

*/s/ Christina A. Snyder*

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE